# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1125

_____

United States of America,

       Appellee,

v.

Fred Henderson,

       Appellant.

\*
\*
\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Missouri.
\*
\*     [UNPUBLISHED]
\*
\*

_____

Submitted: September 17, 1999
Filed: September 22, 1999

_____

Before BEAM, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Fred Henderson appeals his drug-related conviction. Henderson contends that no reasonable jury could have found him guilty of the charged offense. We reject Henderson's contention. The record contains substantial evidence of Henderson's guilt. Finding no basis for reversal, we affirm Henderson's conviction. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.